E3LMQUIS

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4           v.               12 Cr. 794 (RJS)

5   JOSE ANGEL QUILESTORRES,

6           Defendant.

7   ------------------------------x

8                           New York, N.Y.
                           March 21, 2014
9                           2:10 p.m.

10

   Before:

11
               HON. RICHARD J. SULLIVAN,

12
                           District Judge

13

14                 APPEARANCES

15   PREET BHARARA
       United States Attorney for the
16       Southern District of New York
   RAHUL MUKHI
17       Assistant United States Attorney

18   JOSEPH A. BONDY
       Attorney for Defendant
19

20

21
   ALSO PRESENT:  MARK BRYZEK, IRS
22               KETTY LARCO, U.S. POSTAL SERVICE

23               Spanish Interpreter

24

25

E3LMQUIS

1          (Case called)

2          MR. MUKHI:  Rahul Mukhi for the United States.  Good

3  afternoon, your Honor.

4          THE COURT:  Mr. Mukhi, good afternoon.  With you at

5  counsel table.

6          MR. MUKHI:  With me at the table are Special Agent

7  Mark Brzyzek of the IRS and Postal Inspector Ketty Larco of the

8  United States Postal Inspection Service.

9          THE COURT:  Mr. Brzyzek and Ms. Larco, good afternoon.

10  Please have a seat.

11          And for the defendant.

12          MR. BONDY:  Good afternoon, your Honor, Joseph A.

13  Bondy on behalf of the defendant, Carlos Jose Luis.

14          THE COURT:  So we are clear, the name on the docket

15  sheet is Jose Angel Quilestorres and in New Jersey it was just

16  Torres, right?

17          MR. BONDY:  Yes, your Honor.

18          THE COURT:  Is there any objection to my referring to

19  the defendant as Mr. Luis?

20          MR. MUKHI:  No, your Honor.

21          THE COURT:  Mr. Luis.

22          THE INTERPRETER:  Your Honor, I beg apologies.

23  Although we tested equipment and it worked.  Apparently, the

24  defendant does not hear me.  I would ask to make sure that he

25  does.

E3LMQUIS

1          THE COURT:  Can you hear okay, Mr. Luis?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Please have a seat.

4          We have many people here in the courtroom today, and I

5     assume it's many friends and family members of Mr. Luis.  Is

6     that correct?

7          MR. BONDY:  That's correct, your Honor.

8          THE COURT:  Too many to mention, but welcome to all of

9     you.  This is a public courtroom, so everyone is welcome here.

10    But your presence, I'm sure, means a great deal to Mr. Luis.

11    Many of you wrote letters.  I received --

12         MR. BONDY:  Your Honor, I'm sorry.  Mr. Luis informs

13    that the headphones are once again not working.

14         THE COURT:  It's coming from there and it may be that

15    something is blocking.

16         Mr. Brzyzek, can you move to one side and see if that

17    makes a difference.

18         I will just note for the record that Mr. Luis is

19    proceeding through the services of a court-certified

20    interpreter.  He is wearing a headset that allows him to hear

21    these proceedings translated from English into Spanish, which

22    is his native language.

23         Mr. Luis, if at any point you have difficulty

24    understanding these proceedings, then, of course, you should

25    let me know because it's very important that you understand all

E3LMQUIS

 1   aspects of this proceeding here today.  All right?

 2                THE DEFENDANT:  Correct, yes.

 3                THE COURT:  We are here for sentencing.  Mr. Luis pled

 4   guilty before me back on May 2 of 2013, I believe.  We

 5   adjourned sentencing I think once.  I want to go over with the

 6   parties what I have received in connection with sentencing.

 7   And if I've left anything out, you will let me know.  I have,

 8   first of all, reviewed the presentence report prepared by the

 9   probation department.  That report is 23 pages long.  It also

10   includes a recommendation from the probation department.  I

11   also then had Mr. Bondy's sentencing submission, which is a

12   ten-page, single-spaced submission.  It's characteristically

13   thorough.  I have known Mr. Bondy a long time and I've always

14   known him to be very thorough and conscientious when it comes

15   to matters such as this.  And then that also includes, as I

16   said before, numerous letters from friends and family members

17   speaking to Mr. Luis's character, including letters from his

18   children and others very close to him.

19                I have reviewed all of those and thank those who took

20   the time to write.  It's helpful for me to see this other side

21   of a person who I don't know as well as you do.  Thank you for

22   doing that.

23                I have the government's sentencing memorandum, which

24   is nine pages, double-spaced, dated March 4.  And then I also

25   reviewed the transcript of the guilty plea that was taken by

E3LMQUIS

 1   me.  So I was here for it, but I also reviewed it just to make

 2   sure.  That's what I have in connection with sentencing.  I

 3   also then received I think just yesterday from the government,

 4   it's a forfeiture order and --

 5            MR. MUKHI:  I have an extra copy of both the

 6   forfeiture order --

 7            THE COURT:  I have them.  I think I left them in the

 8   other room.  The forfeiture order and what else was in it?

 9            MR. MUKHI:  Restitution order.

10            THE COURT:  I've had them.  I have looked at them.

11   Mr. Bondy.  You received a copy of them as well?

12            MR. BONDY:  Yes, I did, your Honor.

13            THE COURT:  Let me just ask, are there any other

14   materials that I've not referenced that should be before the

15   Court that I have not mentioned?

16            MR. BONDY:  No, your Honor.

17            THE COURT:  Mr. Mukhi.

18            MR. MUKHI:  No, your Honor.

19            THE COURT:  Let's start with the presentence report

20   prepared by the probation department.  Mr. Bondy, you have

21   received a copy of it, correct?

22            MR. BONDY:  Yes, I have.

23            THE COURT:  And you reviewed it with your clients?

24            MR. BONDY:  Yes, your Honor.

25            THE COURT:  Do you have any objections to what's in

E3LMQUIS

1   the report?

2            MR. BONDY:  The only ongoing objection I have is one I

3   lodged previously at paragraph 87.  This is still a reference

4   to the two 1028(a) counts of conviction rendering a total of 48

5   months consecutive.  In the objections it is noted that that is

6   discretionary, but I nevertheless raise that just for clarity.

7            THE COURT:  I don't think there is any dispute as to

8   what's required.  The government agrees that there is a

9   two-year mandatory consecutive that I have to impose.  There

10  are two counts of that and so the second count can run

11  concurrent with the first one, right, Mr. Mukhi, that's your

12  position as well?

13           MR. MUKHI:  That's correct, your Honor.  It does

14  affect the guidelines calculation since it needs to be factored

15  into the ultimate range for the defendant, and we briefed that

16  in our submissions.

17           THE COURT:  But I don't think there is any dispute

18  between you and Mr. Bondy on that?

19           MR. MUKHI:  Correct.

20           THE COURT:  Other than that, no objections, Mr. Bondy?

21           MR. BONDY:  No, your Honor.  Thank you.

22           THE COURT:  Mr. Mukhi, do you have any objections?

23  You have received a copy of the report?

24           MR. MUKHI:  Yes, your Honor.  Just what we just noted

25  is our only objection with respect to the guidelines

E3LMQUIS

1     calculation.

2                 THE COURT:  I agree with respect to the guidelines

3     calculation.

4                 Mr. Luis, what we are going to do now is we are going

5     to talk about the sentencing guidelines.  Remember when you

6     pled guilty I told you that the sentencing guidelines were this

7     big book and this is a book that for those who perhaps weren't

8     here, there is a book that is put out by a commission of judges

9     and lawyers and experts in the field.  And the way it works is

10    that judges like me are required to consider this book before

11    they impose a sentence on a person like Mr. Luis.  And the way

12    it works is that every crime or type of crime is covered by a

13    chapter or a subchapter in this book.

14                And so for a case like this one involving fraud a

15    judge is directed to go to the chapter that relates to fraud

16    and then make certain findings of fact about the amount of the

17    fraud and the circumstances of the fraud.  And based on those

18    findings, the judge is directed to assign points.  It's a

19    fairly mathematical exercise of adding points and sometimes

20    subtracting points by going through the book.  At the end of

21    that process the judge comes up with a number that is referred

22    to as the offense level.

23                The judge then goes to another chapter in this book

24    that relates to criminal history and, not surprisingly, a

25    person who has prior criminal convictions, a person who has

E3LMQUIS

1   committed crimes before is typically treated more harshly than

2   a person who has no prior convictions.  And so that kind of a

3   person will often have a higher sentence as a result of their

4   higher criminal history category.  There are six criminal

5   history categories.  I is the lowest and VI is the highest.  So

6   the judge makes findings as to whether there are prior

7   convictions and, if so, when, and for how long.

8           And on the basis then of those two findings, the

9   offense level on the one hand and the criminal history category

10  on the other, the judge then makes a determination as to what

11  is the proper range for the sentence.  If you go to the back of

12  the book there is this chart, this table.  The judge goes down

13  this column, which reflects the offense level, and then across

14  these columns to find the proper criminal history category.

15  And where the two intersect, that is the spot that, according

16  to the commission that prepares this book, would be the

17  appropriate sentence.

18          We are going to spend a few minutes talking about

19  that.  It can sound a little technical, sometimes a little like

20  accounting, but it is important.  Ultimately, a judge is free

21  to go above and below this book.  But a judge does have to make

22  findings in accordance with this book.  We will do that.  Once

23  I've done that, then we will talk about the other factors that

24  judges are required to consider.  This book is only one factor.

25  There are other factors.  I discussed those with Mr. Luis on

E3LMQUIS

1    the day he pled guilty.  I'll explain them again just so

2    everyone understands the process.

3            We are going to start with the guidelines.  I think

4    there really isn't any dispute as to how the guidelines apply

5    here.  Most of the counts here in both the New York indictment

6    and the New Jersey indictment are all grouped together, so

7    that's Counts One, Two, Four, and Five of the New York

8    indictment and Counts One and Two of the New Jersey indictment

9    are grouped together under the fraud guideline.  So that's

10   2B1.1.  The base offense level is 6.  There is then a 20-level

11   enhancement because of the amount of the loss.  There is more

12   than $10 million in loss here.  This is a huge, huge fraud

13   here, as these things go, so that's a very high enhancement.

14   20 levels because of the amount of the fraud.

15           There is then a four-level adjustment because Mr. Luis

16   had a leadership role in an organization that was fairly

17   extensive.  And so pursuant to Section 3B1.1(a) of the

18   guidelines, there is a four-level increase.  That results in an

19   adjusted offense level of 30.

20           Mr. Luis pled guilty well in advance of trial.  He

21   accepted responsibility, saved the Court and the government

22   resources, so he's entitled to a reduction for that of three

23   levels.  That results then in a level of 27.  So the total

24   offense level for those counts is level 27.

25           Mr. Luis has no prior criminal convictions that are

E3LMQUIS

1    reported, so he's in criminal history category I, which is the

2    lowest.  So if we consider offense level 27 and the criminal

3    history category of I, the guidelines range is 70 to 87 months.

4              There then is a mandatory consecutive sentence of two

5    years because of the other crimes that were in the indictment

6    relating to violations of Title 18 of the United States Code

7    Section 1028(a).  That's basically using somebody else's

8    identity without their permission.  And so that's a serious

9    crime that Congress has said has to be two years on top of any

10   other sentence that one receives.

11             So there are two of those counts, but I don't have to

12   stack them.  I can treat them as one, basically.  So there is

13   at least the 24-month sentence that has to be imposed

14   consecutive to any sentence I impose for the other counts in

15   the indictment.  Everybody agrees so far?

16             MR. MUKHI:  Yes, your Honor.

17             MR. BONDY:  Yes, your Honor.

18             THE COURT:  With that, the range would be 94 to 111

19   months, correct?

20             MR. MUKHI:  Yes, your Honor.

21             THE COURT:  That's a pretty long period of time.

22             Now, this is not the only consideration.  The other

23   factors that the Court is required to consider and of course I

24   will consider include, first of all, the defendant's own

25   personal history.  Mr. Luis is unique, he's unlike anyone I

E3LMQUIS

1    have ever sentenced before.  He is a unique person.  There is

2    more to him than just this crime.  And many of the letters that

3    you have written attest to that.  The fact that many of you are

4    here today attests to that.  But I have to look at the entire

5    person, from his birth to his youth, to adulthood, to

6    legitimate work history, to family circumstances, all the

7    things that make a person who they are.  So I have to consider

8    that and make that relevant to sentencing.

9         I also, of course, have to consider the facts and

10   circumstances of this crime.  This is a serious, serious crime,

11   went on for a long time, involved a lot of other people, and

12   resulted in a massive fraud against the United States

13   Government.  And so I have to consider all the details of this

14   crime, not just what it's called, but what it entailed, what

15   Mr. Luis did, what others did.  And the sentence I impose has

16   to reflect the seriousness of this crime.  It has to reflect

17   all that he did and it has to promote respect for the law and

18   also provide a just punishment for this crime.  So I have to

19   balance these things.

20        Another factor that I have to consider is the need to

21   deter or discourage Mr. Luis and others from committing crimes

22   like this in the future.  It's the hope that the sentence I

23   impose here today will send a message to Mr. Luis, but also to

24   others, so that they will say in the future, it's not worth it.

25   It's not worth committing a crime like this because the costs

E3LMQUIS

1    are too high.  The risks are too great.  And hopefully the

2    message will be sent and received and there will be less crime

3    as a result.  So that's another factor that courts have to take

4    into account.

5           Another factor I have to consider are Mr. Luis's own

6    needs while he's in custody.  So to the extent that he has

7    medical needs or mental health needs, job training needs.  Some

8    defendants certainly need educational opportunities.  And

9    courts have to try to make sure they tailor the sentence to

10   reflect those needs and address those needs.

11          Finally, I also have to consider the need to avoid any

12   unwarranted sentencing disparity between the sentence I impose

13   in this case and the sentence imposed on other people who are

14   similarly situated.

15          The point is this.  Before imposing a sentence I have

16   to take a step back and say, well, I want to make sure the

17   sentence I impose here is in line with, is consistent with

18   sentences imposed on people who are similar, recognizing no two

19   people are exactly alike, but recognizing also that it would be

20   wrong for some people to get very harsh sentences and others to

21   get relatively low sentences, even though they are pretty

22   similar people and the crimes are pretty similar, all because

23   of just simply who the judge is or who the lawyers are.  I have

24   to make sure I balance that out as well.  Those are the factors

25   I have to consider.  It's a difficult thing balancing those

E3LMQUIS

1    different goals, those different objectives of sentencing.

2    It's the hardest part of my job, really.

3           What we are going to do now is, I am going to hear

4    from Mr. Bondy.  I'll then hear from the government.  And after

5    that, then, Mr. Luis, if you would like to speak, I'll give you

6    an opportunity as well.

7           Mr. Bondy.

8           MR. BONDY:  Thank you very much, your Honor.

9           If I may start with the gravity of the offense and the

10   need to promote general deterrence.  I believe those are two of

11   the most significant factors before the Court right now.  This

12   is clearly a very, very serious offense, as your Honor has

13   pointed out.  It went on for a period of time.  It involved a

14   number of people.  It involved people that Mr. Luis is in a

15   leadership position over.  Some of those instances it was

16   perhaps more of the classic leadership position and others may

17   be a little different.  We will talk about that.

18          And the loss that was intended and ultimately caused

19   was severe.  And so the sentence that the Court must impose

20   needs to take into account the scope of that crime and also

21   needs to send a sufficient message to the public that they

22   should not engage in this type of crime.  As I stand here now,

23   those are perhaps the toughest arguments to be made.  But I

24   will note that the intended loss, although it's what the law

25   provides Mr. Luis to be responsible for, is very different than

E3LMQUIS

1    the actual gain.  And in an offense like this I also note that

2    there is no giant pyramid with a bunch of supreme leaders at

3    the top but rather a number of very, very prevalent, smaller

4    conspiracies engaged in the same type of conduct.  As time has

5    gone on, I believe that this group was not part of a larger

6    group, but rather a group that came to pass because of

7    opportunity, criminal opportunity.

8           Mr. Luis began, as many of the people in these types

9    of schemes begin, your Honor, cashing checks, receiving checks,

10   negotiating checks, doing so for a fraction of the face value

11   of those checks and then parlayed that into a relatively

12   sophisticated scheme involving the receipt of Social Security

13   numbers from people, the filing of thousands of fictitious

14   returns, the utilization of false W2 and employer information

15   in each of those returns, and multiple acts in furtherance of

16   the crime.

17          At the same time, the case exemplifies how a good

18   person who has led a generally law-abiding life can fall into

19   an enormous amount of trouble before too long under the federal

20   laws.  And so we admit the gravity of the offense.  Mr. Luis

21   understands what his conduct has caused.  And he has taken

22   steps to try to ameliorate that, which I will discuss in a

23   moment.  He is not one who grew up in a criminal environment,

24   your Honor.  He is not one who has a criminal lifestyle outside

25   of this case.  Rather, he is somebody who has worked very, very

E3LMQUIS

1    hard from the time he was young.

2          He grew up under conditions very starkly different

3    from my conditions.  He worked on a farm as a young man,

4    bringing produce in from the fields so he could help support

5    his family after his father passed away.  He grew up in an

6    environment where he watched his father and other family

7    members being arrested and persecuted for political beliefs.

8    And this was during the presidency of Joaquin Balaguer of the

9    Dominican Republic.  And that fostered an interest, a lifelong

10   and ongoing interest in politics, community politics, and

11   trying to support people's candidates.  That culminated most

12   recently, and I have a few pictures of Mr. Jose Luis in the

13   sentencing submission, when he was lobbying for the

14   presidential candidate in the Bronx and trying to solicit the

15   local community votes for that candidate, candidate who he

16   believed would be supportive of people.

17          And so from the time he was very young he had a

18   community conscience, social conscience, family conscience, and

19   he came to this country after learning his skill as an

20   industrial mechanic, leaving home as a teenager, continuing

21   like many people in the Dominican Republic do, to send monies

22   back first to his family and then arriving in the United States

23   back with his family.

24          Your Honor, many people come here and they come here

25   illegally.  That's perhaps one of the only recourses for a

E3LMQUIS

1    number of people.  It's not the only one, but in this case

2    that's what happened.  And the reason that this man came to our

3    community was because he believed that he could pursue better

4    legitimate opportunities here, pursue better employment here,

5    be in a better position to support his family here.  And the

6    reality of that was starkly different.  Like many people who

7    come here he found himself relegated to off-the-books labor,

8    low-paying jobs, the inability to convert his status, and

9    welling and mounting pressure in the form of children and

10   relationship that fell apart.

11          But he has never wavered from his family commitment.

12   As indeed a testament to that commitment from the time he was a

13   child, we have perhaps 60, 65 people who have come.  These are

14   the times that make me wonder who might be there for me during

15   my darkest hour.  We wonder who when we are in trouble will

16   stand up and be by our side and why.  And the fact that this

17   man has brought these people from throughout this city,

18   throughout this country, and many people from the Dominican

19   Republic to be here today, I submit, is a testament of the kind

20   of character that he has had for many, many years.

21          There are often two sides to people.  We all have two

22   sides.  While this man was involved in this very serious crime,

23   stealing from the IRS, your Honor, he was also buying people

24   who had no food groceries.  He was paying funeral costs for

25   people who couldn't inter their loved ones otherwise.  He was

E3LMQUIS

1    supporting children whom he had not seen in Costa Rica for 12,

2    13 years while their stepfather had brain surgery that he also

3    paid for.

4            I understand where the funds came from, but it was the

5    choice of how to spend those funds on people who had none.

6            The $10 million is not what he pocketed.  The $10

7    million was the total loss.  Along the way he, too, had to pay

8    people, pay check cashers proceeds in a number of businesses.

9    If there is a deterrent lesson, not only is it a sentence to be

10   imposed, but it is absolutely how nominal the gain can possibly

11   be in this type of a scheme.

12           So we are standing here now with a man who has been

13   estranged from parts of his family, who has been a force in the

14   life of the three children who he has resided with in the

15   United States.  His daughter Paola, his oldest daughter, can't

16   be here today, talks about how he would, after their parents

17   had separated, always provided breakfast, always provided a

18   home, always be there for her father.  I'm sorry.  He would

19   always be there for his children.  She reflects upon in the

20   early days she would be happy when she just went to McDonald's

21   to have a happy meal.  Now it takes so much more.

22           We can't take back what has occurred and, your Honor,

23   I don't know if this man was to work for the rest of his life,

24   if he would ever be able to make much a dent in the forfeiture

25   and restitution order that is about to be imposed.  It's done.

E3LMQUIS

1    I understand that.

2              But what Mr. Jose Luis has tried to do in this case is

3    accept his responsibility, be in a position not only to accept

4    responsibility, but to see if he could mitigate the harm caused

5    by his offense.

6              Your Honor, might I ask right now if I could have a

7    side bar with the government.

8              THE COURT:  All right.

9              (Pages 19-21 SEALED by the order of the Court)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

E3LMQUIS

1              (In open court)

2              THE COURT:  Mr. Bondy.

3              MR. BONDY:  Thank you very much, your Honor.  In the

4    end Mr. Jose Luis stands before you contrite.  He will tell you

5    that himself, extremely penitent for his conduct, a good person

6    who has gotten into a dramatic amount of trouble, driven by the

7    large loss figure under the fraud guidelines.  That sentence

8    will be accompanied by a consecutive term, and I would note

9    that this man will not be eligible to participate in home

10   confinement, halfway house, or any of the other types of early

11   release programs that a person who is not a citizen or an

12   illegal alien would be foreclosed from.  As a result of that,

13   he will not get some of the routine sentencing reductions that

14   similarly-situated individuals would get simply because of

15   their place of origin.

16             If I just ask, your Honor, please take into fact that

17   this man came from a difficult set of circumstances, tried very

18   hard to raise his family, has maintained extraordinary ties

19   with the people in his family through the years and is looked

20   upon as a leader, a kind person with a big heart, and somebody

21   who if they were in trouble would immediately come to their

22   aid.  Your Honor, although people do bad things, it doesn't

23   mean that they are not good people who are not deserving of

24   consideration.

25             With that, your Honor, I will end.  If the Court has

E3LMQUIS

1      any questions, I'm happy to address them.

2                   THE COURT:  No, I don't think I have any questions.

3      Your written submission was very thorough, as were your remarks

4      today.  Thank you, Mr. Bondy.

5                   MR. BONDY:  Thank you very much.

6                   THE COURT:  Mr. Mukhi, I'm happy to hear from you.

7                   MR. MUKHI:  Just very briefly, your Honor.

8                   As Mr. Bondy noted, the Court noted the seriousness of

9      the offense here is very evident.  The defendant was a leader

10     of a scheme that robbed taxpayers of more than $10 million.  So

11     that's really the overriding factor here, in the government's

12     view, and he needs to be punished proportionally to the huge

13     scope of his crime.

14                  With respect to general deterrence, your Honor is

15     aware this particular type of scheme is a nationwide scam

16     that's literally stolen billions of dollars from the United

17     States Treasury.

18                  THE COURT:  I'm sort of amazed that the United States

19     is not even savvy enough to shut it down, given how long it's

20     been apparent and basically simple the scheme is.  It is sort

21     of a shocker to me.

22                  MR. MUKHI:  It is --

23                  THE COURT:  I am not sure that's relevant to

24     sentencing, but it is troubling to me as a citizen.

25                  MR. MUKHI:  Understood, your Honor.  Obviously, the

E3LMQUIS

1    IRS is working very hard to shut it down.  The postal

2    inspection service, there has been testimony before Congress.

3    It's of great concern to everyone.  There is a gap in the

4    system that allows this to occur.  And the reason for it is the

5    IRS has a statutory mandate to issue refunds as soon as claims

6    are submitted.  And that's because many taxpayers depend on

7    getting their refunds to live.  And so this scheme exploits

8    that.

9         For example, one way one might imagine that this can

10   be caught is to match the individual's claim versus the

11   employer's claim that the employer is submitting.  How do they

12   get around that?  Well, if an individual submits a claim in

13   January, they file their taxes in January, submitting a claim

14   for a refund.  The employer doesn't have to file their forms

15   until April 15, the deadline.  So the IRS has a claim for a

16   refund that's filed by an individual who very well might need

17   that refund to survive, and under their statutory mandate the

18   IRS can't wait and say no.  We are going to wait until April

19   until we see the employer file its paperwork so we can match

20   this up.

21        And so that's just a function of the way it's set up

22   and people have noted that it would require congressional

23   action to fix that.  Understandably, there is a concern that

24   you want to get legitimate individuals who are filing

25   legitimate claims their money as soon as possible.  So what you

E3LMQUIS

1   have to do when systems like this are being set up is you have

2   to catch up as it comes in from the individual and what are the

3   flags for a fraudulent claim.  And that's what's being done and

4   that's what can be done.

5           Just with respect to general deterrence, this is

6   really been a scourge of law enforcement, this particular type

7   of scheme.  Thousands of people have engaged in it.  We really

8   think that the Court should impose a sentence that sends a

9   message that this conduct will not be tolerated and it should

10  stop.  Thank you, your Honor.

11          THE COURT:  Thank you, Mr. Mukhi.

12          Mr. Bondy, do you want to say something?

13          MR. BONDY:  Very briefly, I have noted the general

14  deterrent need, and I would just ask that the Court consider as

15  well in conjunction all of the other factors in imposing a

16  sentence no greater than necessary.

17          In terms of personal deterrence, this person has been

18  deterred.  In terms of nature and circumstances, he came from a

19  tough place.  In terms of character, he is a good person loved

20  by his family.  I would ask you not to overweight the general

21  deterrent need and weigh the gravity of the offense in this

22  case, your Honor.

23          I do know that Mr. Jose Luis would like to address the

24  Court.

25          THE COURT:  Thank you, Mr. Bondy.

E3LMQUIS

1          Is it Mr. Luis or Mr. Jose Luis?

2          THE DEFENDANT:  Jose Luis.

3          THE COURT:  Mr. Jose Luis, you certainly are welcome

4    to speak.  You have a right to speak.  If you'd like to say

5    something, now is the time.

6          THE DEFENDANT:  Good afternoon, your Honor, and to

7    everyone present.  This is my chance to apologize to this

8    Court, to the country, to the institutions.  I would also like

9    to ask for a special favor.  Those people who with their

10   personal sacrifices managed that in the 4th of July 1776, the

11   13 colonies that form the American continent became free from

12   the British government.  For me in that way the United States

13   of America, where I have inflicted this pain, I am asking for

14   apologies to the principal person, Benjamin Franklin, James

15   Madison.  He is the one who made a rough copy of the

16   Constitution, together with the Constitution and the

17   independence of the United States, that were responsible for

18   the documents that formed this nation.

19          I would also like to ask for an apology for those

20   citizens who are heroes who handed up their lives and their

21   blood, in order to free our country from dictatorship,

22   terrorism, and authorizes the totalitarian government, regime,

23   in order to allow our people and our country to live in liberty

24   and democracy.

25          I would also like to ask for an enormous apology to my

E3LMQUIS

1    children for the harm I have inflicted on them.  They feel the

2    pain that I am feeling at this moment, with the enormous harm I

3    have inflicted on them because of my behavior, my conduct, for

4    my corrupt behavior.  I feel their pain.  I can feel it because

5    of the magnetism of the genes and Unitus.  I apologize.  They

6    don't deserve to have to go through what they are going through

7    now.

8         I also apologize to my mother, who is here with me

9    today, that heroine who at the age of 37 became a widow because

10   my father passed away.  She had to fight very hard in order to

11   help us get along.  Her sacrifice was so great, that mother's

12   sacrifice was so great.  She remained on her own all her life,

13   faithful to my father after his death.  I am so sorry to cause

14   this pain to my mother, who was always so proud of her

15   children.  It is not right that after so much sacrifice at this

16   stage she should have to go through this kind of pain.

17        To my father and to my maternal grandparents, who were

18   like parents to me.  My father, who did not get the chance to

19   live a long life.  He died when I was a young boy.  But I do

20   remember beautiful and lovely things about him.  A person with

21   a high degree of ethics and morals from the very beginning.

22   And a man who taught us good principles, a man who fought for

23   the democracy of his country, who paid with very -- paid -- the

24   consequences were grave for him.  Political persecutions,

25   physical mistreatment, economical, and prison.  Who transformed

E3LMQUIS

his life, causing a cancer that ended his life when he was
barely 39 years old.  But before dying, he sewed the seeds of
democracy.  And that brought forth the year after his death,
brought forth us.

My older brother, who is present here today, came from
the Dominican Republic.  He was barely 18 years or almost 18
years when our father died.  He continued giving us an example
from the heart of the country, sewing, sewing the earth with
his own hands and working the earth with the sweat of his brow,
in order that the earth should give fruits and those fruits
should feed us.

I don't want to bore you, your Honor.  I would also
like to recognize my mother's sister, who was also a fighter
and suffered the same consequences.  She worked very hard so
that we should be able to study and so that we should be able
to have enough to eat.  She has always been the family's
counselor, the one who has always wanted to be our guide and
take us along the right path.  I apologize to her because I
have also let her down, all my family who is present here and
all of those friends who are present here today.  Today my
family is in a sea of tears.

Every tear from my family is accorded freedom.  But
not the physical liberty, a liberty that we should never have
to go through a situation such as this one again.  And I am the
only guilty party in this case.

E3LMQUIS

1          Because of my horrendous behavior, I am not only in

2     prison, but my ethical and moral principles are, too.  I

3     promise everyone present today in this room, my family, the

4     next time I am before a public such as this that I am before an

5     audience, instead of being judged by the law that I have as a

6     power broken, I shall be receiving prizes due to my services

7     because I believe that man can do good and become good in spite

8     of.

9          I don't ask you to understand me, because my actions

10    have no kind of justification.  They are atrocious and corrupt

11    actions.  I am only asking you to forgive me, to forgive me and

12    have mercy on me.

13         Today I remember a phrase said by an English writer,

14    Hawk Williams, in a book published under the title 50 Things

15    That You Ought to Know About the World History when he said:

16    Freedom is not so precious as to him who does not have it.

17         Thank you very much, your Honor, for giving me the

18    chance to speak in this room that you are so honored, that you

19    are in touch with and that you represent.  Thank you to the

20    representatives of the country.  Thank you to my attorney for

21    his excellent work.  I recognize and realize that from the very

22    day which I was arrested, 19th of September 2012, at no time

23    were my rights as a human being violated, which is what made

24    this grand wonder American nation greater every day, an example

25    to the world with freedom, justice, and democracy.  Thank you,

E3LMQUIS

1    your Honor.  I ask you for my apologies.  I present my

2    apologies and may God bless this nation.

3         THE COURT:  Thank you, Mr. Jose Luis.

4         Let me tell you the sentence that I intend to impose

5    and explain my reasons for it.  In this country judges are

6    required to explain their sentences and offer reasons.  And I

7    think that's a good thing because a sentence imposed on one

8    person will obviously affect that person, but it affects many

9    other people as well, family members, friends, one life touches

10   so many others, and the sentence imposed on one person is felt

11   by many and sometimes by no one more than the children of that

12   person.  That's a sad reality, but it is true.  It's not lost

13   on me.  But I think it's important that a judge then explain

14   the reasoning, to articulate the different factors that led to

15   the sentence that is ultimately imposed so you don't have to

16   guess what I was thinking.  You don't have to wonder.  You

17   don't have to surmise whether I was angry or whether one fact

18   was most important.  That's what I am going to attempt to do

19   now.

20        I told you the different factors that judges are

21   required to consider and I always start with the individual

22   himself, the facts and circumstances of that person's life.

23   Mr. Jose Luis is not a person who was born into wealth, far

24   from it.  He was born under difficult circumstances, had to

25   work very hard, and his family had to work very hard just to

E3LMQUIS

put food on the table.  I understand that and I respect that

and I have great respect for your parents, Mr. Jose Luis, and

the way you described what they did for you and for your

siblings.

You weren't wealthy, certainly weren't born wealthy,

but you were blessed with a family that cared about you and

with parents who worried for you and taught you well, taught

you right from wrong, taught you the value of hard work, taught

you the importance of family and loyalty and honesty.  On the

one hand, I think it's obvious that you are a very intelligent

man, very thoughtful man, very eloquent man.  You're a

charismatic person.  And you have touched all the lives on all

of the people that are here in some way or other and that's a

credit to you.  I have many sentencings where there is no one

present or very small number present.  I think the letters I

received, numbers of people here speak to you and your

character and the difference you made in the lives of people,

family members and others.  And so you deserve credit for that.

But at the same time you were blessed with, I think,

intelligence and charisma and eloquence and the knowledge of

right from wrong, and in some ways that cuts against you

because I have a lot of defendants that I sentence who have

been born into poverty but who never had your gifts of

intelligence and eloquence and dynamism and who never had the

blessings you did from parents who cared.  Those are people who

E3LMQUIS

1   come to me almost lost and in some ways their criminal conduct

2   is more excusable because they didn't know better.

3           In your case it's kinds of a two-edge sword because on

4   the one hand it distinguishes you and makes you somewhat unique

5   among defendants that appear in front of me.  On the other

6   hand, it makes you in some ways more morally culpable because a

7   man with your eloquence and wisdom should know better.

8           And that leads me then to this crime.  This is a very

9   serious crime.  You know that.  I'm not hear to lecture you.

10  But it is important for me to articulate and explain the

11  reasons for my sentence, particularly with such a large crowd.

12  And so this is a crime that went on for a long time, the entire

13  purpose of which was to steal from the government of the United

14  States.

15          On the one hand, that's, I guess, a very impersonal

16  victim.  It's not like stealing from a person on the street who

17  you have to look into their eyes and take money from their

18  pockets.  But it is a government that is designed to serve

19  people and serve communities.  And so the staggering amount of

20  loss here, $10 million, more than $10 million, if you think

21  about what the government could do with that money in terms of

22  educating children, in terms of providing health care for

23  people who need it, providing food stamps and programs for

24  children who are born into poverty, $10 million can do a lot of

25  good, an awful lot of good.  And it was taken, stolen from a

E3LMQUIS

government that, as you acknowledged a moment ago, Mr. Jose

Luis is supposed to be of the people, by the people, and for

the people.  So there are victims to this crime and it's not

just an impersonal government in Washington or a bureaucracy

that we call the IRS.  It's an assault, really, to a whole

community, to the entire nation.  It's not just the dollar

loss, though that's a staggering amount.

It's also a crime like this breeds great cynicism.

People hear of it and think, what is wrong with government and

what is the point of having a government that attempts to do

good things for people and to provide services and goods to

people in need if they can't carry it off.  And I think that

cynicism is in some ways more harmful than the theft because it

makes people question their government and it makes them

question the wisdom of programs designed to help others, makes

them question the value of their taxes and a value of a regime

that is supposed to be benign and supposed to be good.

Cynicism is a very dangerous thing and it leads people

to do bad things and they don't believe their government and

they question the ability and the wisdom of their government.

It makes them disregard their government and it makes them

disregard the laws that that government passes through elective

representatives.  And I think it leads to a society where there

is less respect for others and less respect for institutions,

and ultimately more crime and ultimately more violence.  This

E3LMQUIS

is not a violent crime, but I think it contributes to very

cynical mentality that does real violence in a sense to

communities and to the nation as a whole.  That's different

than most cases involving fraud.  Most cases involving fraud

have victims that might be banks, or victims that might be

other individuals, but they don't carry with them this heavy

cynicism that undermines confidence in institutions, as you

said before, that were created with the best of intentions and

are designed to be truly helpful.  So that has to factor into

what I'm doing here.  We have talked about the guidelines.  The

guidelines are just advisory.  I don't have to follow them.

I've told you what the guidelines are here.  But I

keep coming back to, what does it mean for a man to engage in a

crime with many other people, a crime for which they were the

leader or a leader certainly that went on for so long a period

of time that involved over $10 million of loss against the

government itself in this cynical fashion.

What would anyone who engages in that crime or anyone

who hears about that crime would think would be an appropriate

sentence, and I think most people would think that 10 or 15

years would be appropriate, given the magnitude and the length

of time that this crime took place over.  I don't intend to

sentence you to that high a sentence because I do think that

these other factors of your character and these other traits

that you've demonstrated are important ones and have to be

E3LMQUIS

1    reflected in the sentence.

2            But I do think that I just can't ignore the sheer

3    magnitude of this crime and the need to send a message.

4    Perhaps not so much to you, because I think you get it.  I

5    think you understand and I don't worry about you committing

6    crimes in the future.  But certainly to others who might be

7    tempted to engage in a fraud of this type that they can't.  We

8    won't tolerate.  We as a society just say no, enough.  We must

9    punish them.  I think you are a good person, but I think the

10   crime here just cries out for a very serious penalty.

11           When I factor in all of this, as well as the things we

12   talked about before here at the side bar, I think certainly a

13   sentence of seven years on the first count of the indictments

14   is appropriate.  That's 84 months.  But then that has to be

15   followed, has to be followed, I have no choice, by an

16   additional two-year sentence.

17           So it's my intention to impose a sentence of nine

18   years in total, seven years on the first counts and then two

19   years mandatory consecutive on the 1028(a) counts.  I think

20   that certainly is something Congress has said I must follow and

21   I think it's a sentence that considering all these different

22   factors is appropriate, though I'm not unaware that it's going

23   to be a harsh and a long sentence.  But I think anything less

24   than that would be inappropriate.

25           I say that respectfully because I think you're a man

E3LMQUIS

1   who is worthy of respect and I appreciate the respect you've

2   always treated me in this courtroom.  But I think that is the

3   sentence that in my judgment is appropriate.  It's my intention

4   to impose that sentence to be followed -- I am not going to

5   impose a term of supervised release.  I am going to order that

6   you pay restitution in the amount of loss here, which was over

7   $10 million, $10,139,452.11 to be exact.  I'll also order

8   forfeiture for the same amount.  There then is a mandatory

9   special assessment of $800, $100 for each count of conviction.

10  So that's the sentence that I intend to impose.

11          Is there any legal impediment to my imposing that

12  sentence, Mr. Bondy?

13          MR. BONDY:  There is no legal impediment, your Honor.

14          THE COURT:  Mr. Mukhi?

15          MR. MUKHI:  No, your Honor.

16          THE COURT:  Let me ask you to stand, if you would,

17  Mr. Jose Luis.

18          Mr. Jose Luis, having accepted your guilty plea last

19  year, and having adjudged you guilty then, I now sentence you

20  as follows:  I sentence you to 84 months to run concurrently on

21  Counts One and Five of 12 Cr. 794 and One of the New Jersey

22  indictment, 13 Cr. 945.  I'll also impose a sentence of 60

23  months to run concurrently on Counts Two and Four of the New

24  York indictment and Count Two of the New Jersey indictment.

25  But all of that together will be a total sentence of 70 months,

E3LMQUIS

1  to then be followed by a mandatory consecutive term of 24

2  months on Count Three of the New York indictment and Count

3  Three of the New Jersey indictment.  Those last two will run

4  concurrent, but they will each be consecutive to the sentence

5  imposed on the other counts.  It's in total 94 months

6  incarceration.  It's not 94 months.  It's 108 months.

7          I am not going to impose a term of supervised release,

8  as I said.  I am not going to impose a fine.  I don't think you

9  have the ability to pay a fine, but I will order to you pay

10 restitution in the amount I specified before, $10,139,452.11

11 and forfeiture in the same amount as well as a mandatory

12 special assessment of $800.

13         Mr. Bondy, are there any recommendations would you

14 like to make to the Bureau of Prisons?

15         MR. BONDY:  I would ask your Honor that the defendant

16 be housed in a location suitable for his security

17 classification near his family in the District of New Jersey.

18         THE COURT:  In the District of New Jersey.  I will

19 recommend that, Mr. Jose Luis.  I can't order that.  The Bureau

20 of Prisons will make a designation, but I will recommend in the

21 strongest possible terms that you be housed at a facility as

22 close to your family as possible so that they can visit you as

23 often as possible.

24         There are open counts, Mr. Mukhi?

25         MR. MUKHI:  None, your Honor.

E3LMQUIS

1          THE COURT:  I should tell you, Mr. Jose Luis, you have

2     a right to appeal this sentence.  You may have waived that

3     right in your plea agreement.  I think you have, in light of

4     the sentence that I imposed.  But if you feel or believe that

5     you have a basis to appeal this sentence, then you would need

6     to file a notice of appeal within two weeks.  Talk to Mr. Bondy

7     about that.  He will assist you in filing that notice of

8     appeal.  But as I said before, I think the sentence that I

9     imposed is below the maximum sentence I could have imposed

10    according to the agreement, which means that you've agreed to

11    waive any right to appeal or otherwise challenge the sentence.

12          Is there anything else we should cover today,

13    Mr. Mukhi?

14          MR. MUKHI:  No, your Honor.

15          THE COURT:  Mr. Bondy?

16          MR. BONDY:  No, your Honor.

17          THE COURT:  Have a seat for just one second.

18          This is a sad day.  It's always a sad day.  Sentencing

19    is not something I look forward to or enjoy.  It's the most

20    important thing I do.  But I'm always mindful that it's a very

21    difficult thing for a defendant like Mr. Jose Luis and a very

22    difficult thing for family members and friends like all of you.

23    I have no doubt you were hoping for a lower sentence and I

24    respect that, I do.  I have explained my sentence and tried to

25    articulate why it is that I thought this was the appropriate

1   sentence.  You may disagree with that and I respect that, also.

2   I hope at the very least you leave here believing that at least

3   it was a fair system, it was a system that was respectful and

4   tried to take into account all these different factors and

5   didn't overlook the man here in front of us.

6          I do believe that this is a good man.  This crime

7   doesn't define you, Mr. Jose Luis.  There is much more to you

8   than this.  It's a serious crime.  You have to pay a penalty

9   for it.  It's a pretty lengthy penalty that's been imposed.

10  That doesn't mean this is the end of the story for you.  There

11  is much more to you and much more than to your life.

12         My wish for you is you will serve this sentence, of

13  course, because that you will continue to be the important

14  friend and family member that you are to so many people here

15  today and that ultimately, when you are released, you'll have a

16  life that is worthy of you and worthy of them.  You're a

17  talented person.  I think a good person.  And so I hope that

18  you will live the rest of your life in a way that you can be

19  proud of and that your family can be proud of, because you

20  deserve that.  And I wish you health and I wish you happiness.

21         And I ask those who are here today, continue to

22  support this man.  You've been here today.  You've written

23  letters to me.  You've been very supportive.  That's a blessing

24  and I know he appreciates it.  But don't forget him now.  He

25  will continue to need your support, perhaps more than ever.

E3LMQUIS

1              Mr. Jose Luis, remember you also need to support these

2      people and be a friend and be a father and a son and all things

3      that you have obligations to.  So take that seriously.  Even in

4      jail.  You can have a meaningful difference on the lives of

5      other people.  I hope you will do that and I wish you the best.

6              Mr. Bondy, thank you.  As always, I am appreciative of

7      all of the effort that you put into matters like this.  Might

8      have been more of a sentence than you were hoping for, too, but

9      you and I disagree on things, but there is always respect.

10              THE COURT:  Mr. Mukhi, you're doing people's work, but

11      you were very conscientious as well.

12              Let me thank the interpreter, the marshals, as well as

13      the court reporter.

14              Let me wish all of you good luck, and God bless.

15              Thank you.

16                                  o0o

17

18

19

20

21

22

23

24

25